**Dismissed and Memorandum Opinion filed January 11, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00237-CV

### ELIJAH OVERTON AND GLORIA OVERTON, Appellants

### V.

### WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2., Appellee

**On Appeal from the 434th Judicial District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-DCV-268031**

## MEMORANDUM OPINION

This is an appeal from a judgment signed April 12, 2021. On September 8, 2021, appellants tendered a brief that did not comply with the Texas Rules of Appellate Procedure. On November 23, 2021, this court issued an order striking appellants' non-conforming brief and ordered appellants to file a conforming brief within 10 days or the appeal would be dismissed for want of prosecution. *See* Tex R. App. P. 38.9(a), 38.8(a)(1).

Appellants filed no brief or other response. We dismiss the appeal.


PER CURIAM


Panel consists of Justices Jewell, Spain, and Wilson.